IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENDA RIVERA-NEGRON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-3837 |
| | : | |
| **MICHAEL J. ASTRUE** | : | |

## ORDER

**AND NOW**, this 30th day of October, 2013, upon consideration of the plaintiff's Motion for Summary Judgment and Request for Review (Document No. 13), the defendant's response (Document No. 15), the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Document No. 22), the plaintiff's objections to the Report and Recommendation (Document No. 24), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's request for review is **GRANTED** insofar as it requests that this matter be remanded to the Commissioner; and

2. This case is **REMANDED**, pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the memorandum opinion issued this date.

                                                                /s/Timothy J. Savage
                                                            TIMOTHY J. SAVAGE,  J.